THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLDEN MANOR HOMEOWNERS ASSOCIATION, | CASE NO. C15-1676-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal of Defendant Allstate Insurance Company (Dkt. No. 53). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and Plaintiff's claims against Defendant Allstate Insurance Company are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

//

//

//

//

DATED this 3rd day of March 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk
