THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

| | |
|---|---|
| HOLDEN MANOR HOMEOWNERS ASSOCIATION,<br><br>                Plaintiff,<br>        v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>                Defendants. | CASE NO. C15-1676-JCC<br><br>MINUTE ORDER |

16

17

18

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

19

20

21

This matter comes before the Court on the notice of occurrence of alternative dispute resolution (Dkt. No. 55). According to the mediator, this case is now resolved. (*Id.*) The parties have 30 days from the entry of this order to submit dismissal paperwork.

22

DATED this 3rd day of April 2017.

23

William M. McCool
Clerk of Court

24

25

/s/Paula McNabb
Deputy Clerk

26

MINUTE ORDER C15-1676-JCC
PAGE - 1