THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLDEN MANOR HOMEOWNERS ASSOCIATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant. | CASE NO. C15-1676-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal of Defendant Granite State Insurance Company (Dkt. No. 57). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and Plaintiff's claims against Defendant Granite State Insurance Company are DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to TERMINATE Granite State Insurance Company.

//

//

//

DATED this 10th day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
