THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLDEN MANOR HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>Defendants. | CASE NO. C15-1676-JCC<br><br>MINUTE ORDER DISMISSING DEFENDANTS SAFECO INSURANCE COMPANY OF AMERICA AND LIBERTY MUTUAL INSURANCE COMPANY |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff and Defendants Safeco and Liberty Mutual have filed a stipulation and proposed order of dismissal (Dkt. No. 59). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and the claims against Defendants Safeco and Liberty Mutual are DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to TERMINATE Defendants Safeco and Liberty Mutual.

//

//

//

MINUTE ORDER DISMISSING DEFENDANTS
SAFECO INSURANCE COMPANY OF AMERICA
AND LIBERTY MUTUAL INSURANCE
COMPANY [CASE #]
PAGE - 1

1       DATED this 23rd day of May 2017.

2

3                                        William M. McCool
                                          Clerk of Court

4                                        /s/Paula McNabb
5                                        Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER DISMISSING DEFENDANTS
SAFECO INSURANCE COMPANY OF AMERICA
AND LIBERTY MUTUAL INSURANCE
COMPANY [CASE #]
PAGE - 2