THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HOLDEN MANOR HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>Defendants. | CASE NO. C15-1676-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notification that this case has settled and request that this lawsuit be dismissed (Dkt. No. 61). This action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 28th day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk